## Commonwealth ex rel. LaRew, Appellant, v. Maroney.

Submitted April 10, 1967. *Clarence LaRew,* appellant, in propria persona; *Edward S. Martin,* Assistant District Attorney, and *Harold V. Fergus,* District Attorney, for appellee.

Order affirmed.